# CLERK'S MINUTE SHEET
## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Steven C. Yarbrough

Motion Hearing

| | | | |
|---|---|---|---|
| Case Number: | 19-MJ-30 | UNITED STATES vs. JOE | |
| Hearing Date: | 8/29/2019 | Time In and Out: | 10:13 am – 10:16 am |
| Courtroom Deputy: | K. Dapson | Courtroom: | Rio Grande |
| Defendant: | Zachariah Stanley Joe | Defendant's Counsel: | Melissa Morris |
| AUSA: | Niki Tapia-Brito | Pretrial/Probation: | S. Day |
| Interpreter: | | Witness: | |

### Initial Appearance

| | | | |
|---|---|---|---|
| ☐ | Defendant received a copy of charging document | | |
| ☐ | Court advises defendant(s) of possible penalties and all constitutional rights | | |
| ☐ | Defendant wants Court appointed counsel | | |
| ☐ | Government moves to detain | ☐ | Government does not recommend detention |
| ☐ | Set for | on | @ |

### Preliminary/Show Cause/Identity

| | | | |
|---|---|---|---|
| ☐ | Defendant | | |
| ☐ | Court finds probable cause | ☐ | Court does not find probable cause |

### Detention

| | |
|---|---|
| ☐ | Defendant waives Detention Hearing |
| ☐ | |

### Custody Status

| | | |
|---|---|---|
| ☐ | Defendant will remain in custody | |
| ☐ | Conditions | |

### Other

| | |
|---|---|
| ☐ | Matter referred to District Judge for Final Revocation Hearing |
| ☒ | Court-questions; FPD-responds; Court – grants mtn |