FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 3 1 2019

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 19-3746 JB |
| Plaintiff, ) | |
| vs. ) | 18 U.S.C. §§ 1153 and 1111: Second Degree Murder. |
| ZACHARIAH STANLEY JOE, ) | |
| Defendant. ) | |

# INFORMATION

The United States Attorney charges:

On or about January 3, 2019, in Indian Country, in San Juan County, in the District of New Mexico, the defendant, **ZACHARIAH STANLEY JOE**, an Indian, unlawfully killed John Doe with malice aforethought.

In violation of 18 U.S.C. §§ 1153 and 1111.

JOHN C. ANDERSON
United States Attorney

_____
DAVID P. COWEN
Assistant United States Attorney
Post Office Box 607
Albuquerque, New Mexico 87102
(505) 346-7274