FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 2 2 2021

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO.  19-03746-JB |
| vs. | ) |
| ZACHARIAH STANLEY JOE, | ) |
| Defendant. | ) |

## ORDER

THIS MATTER having come before the Court on the written Motion of the United States Attorney for the District of New Mexico pursuant to U.S.S.G. '3E1.1(b) for a downward adjustment in the offense level of one (1) additional level in sentencing the above-named defendant, and the Court being fully advised in the premises, FINDS that the defendant's offense level should be adjusted downward by one (1) additional level for acceptance of responsibility.

**IT IS THEREFORE ORDERED** that the offense level be adjusted downward by one (1) additional level for acceptance of responsibility in sentencing the above-named defendant.

_____
JAMES O. BROWNING
UNITED STATES DISTRICT JUDGE