UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
**SENTENCING MINUTE SHEET**

| | | | |
|---|---|---|---|
| CR No: 19-3746 JB | | USA vs. Joe | |
| Date: 1/14/21 | | Name of Deft: Zachariah Stanley Joe (via Zoom) | |
| Before the Honorable: | James O. Browning | | |
| Time In/Out: | 1:59 pm - 2:37 pm | Total Time in Court (for JS10): | 38 Minutes |
| Clerk: | Lauren Rotonda | Court Reporter: | J. Bean |
| AUSA: | David Patrick Cowen (via Zoom) | Defendant's Counsel: | Melissa Morris (via Zoom) |
| Sentencing in: | Albuquerque | Interpreter: | n/a |
| Probation Officer: | Martine Lopez-Bowers (via Zoom) | Interpreter Sworn? | Yes  No |

| Convicted on: | **x** Plea | ☐ Verdict | As to: | **x** Information | ☐ Superseding Indictment |
|---|---|---|---|---|---|
| If Plea: | ☐ Accepted | ☐ Not Accepted | Adjudged/Found Guilty on Counts: | | |
| If Plea Agreement: | **x** Accepted | ☐ Not Accepted | ☐ No Plea Agreement | Comments: | |
| Date of Plea/Verdict: | 10/31/19 | PSR: **x** Not Disputed ☐ Disputed | **x** Courts adopts PSR Findings | | |
| Evidentiary Hrg: | **x** Not Needed | ☐ Needed | Exceptions to PSR: | | |

**SENTENCE IMPOSED**   Imprisonment (BOP): 180 months

Supervised Release: 3 years    Probation:

| REC | **x** 500-Hour Drug Program | ☐ BOP Sex Offender Program | Other: |
|---|---|---|---|
| ICE | ☐ Court recommends ICE begin removal proceedings immediately or during service of sentence | | ☐ ICE not applicable |

**SPECIAL CONDITIONS OF SUPERVISION**

| | | | |
|---|---|---|---|
| ☐ | No re-entry without legal authorization | ☐ | Home confinement for    months    days |
| ☐ | Comply with ICE laws and regulation | **x** | Community service for 40 hours during supervised release. |
| **x** | Participate in/successfully complete subst abuse program/testing | **x** | Reside halfway house 180 days |
| ☐ | Participate in/successfully complete mental health program | ☐ | Register as sex offender |
| ☐ | Refrain from use/possession of alcohol/intoxicants | ☐ | Participate in sex offender treatment program |
| **x** | Submit to search of person/property | ☐ | Possess no sexual material |
| ☐ | No contact with victim(s) and/or co-defendant(s) | ☐ | No computer with access to online services |
| ☐ | No entering or loitering near victim's residence | ☐ | No contact with children under 18 years |
| ☐ | Provide financial information | ☐ | No volunteering where children supervised |
| **x** | Waive right of confidentiality and allow the treatment provider to release treatment records | ☐ | Restricted from occupation with access to children |
| ☐ | Must not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances (e.g., synthetic marijuana, bath salts, etc.) that impair your physical or mental functioning, whether or not intended for human consumption. | ☐ | No loitering within 100 feet of school yards |
| ☐ | Must not possess, sell, offer for sale, transport, cause to be transported, cause to affect interstate commerce, import, or export any drug paraphernalia, as defined in 21 U.S.C. 863(d). | ☐ | If defendant is unemployed - Must participate in an educational or vocational services program and follow the rules and regulations of that program |

OTHER:
You must comply with alcohol monitoring through Soberlink technology upon release from the Residential Reentry Center for a period of 4 months.

You must submit to substance abuse testing to determine if you have used a prohibited substance. Testing shall not exceed more than 60 test(s) per year.

You must not use or possess alcohol. You may be required to submit to alcohol testing that may include urine testing, a remote alcohol testing system, and/or an alcohol monitoring technology program to determine if you have used alcohol. Testing shall not exceed more than 4 test(s) per day.

You must participate in and successfully complete a community-based program which provides education and training in anger management.

| Fine: $ | 0 | | Restitution: $ | 6356.75 (paid in monthly installments of $180 or at least 10% of the defendant's monthly income) | | |
|---|---|---|---|---|---|---|
| SPA: $ | 100 | | Payment Schedule: | **x** | Due Immediately | Waived |
| OTHER: | | | | | | |
| **x** | Advised of Right to Appeal | **x** | Waived Appeal Rights per Plea Agreement | | | |
| **x** | Held in Custody | | Voluntary Surrender | | | |
| | Recommended place(s) of incarceration: | | | | | |
| | Dismissed Counts: | | | | | |
| OTHER COMMENTS: | | | | | | |